Exhibit F – relates to paragraph 164 of amended complaint

https://x.com/tlthe5th/status/1932636861094375776

