Civil Action No.   3:25-cv-01863-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Linda Yaccarino**
was recieved by me on **8/04/2025:**

[X]   I personally served the summons on the individual at **27 THE PRESERVE, WOODBURY, NY 11797** on **08/14/2025 at 7:32 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 290.00** for services, for a total of **$ 290.00**.

I declare under penalty of perjury that this information is true.

Date:   08/20/2025

*Server's signature*

**Nelson Acevedo**
*Printed name and title*

**54 Miller Place Rd
Miller Place, NY 11764**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PLAINTIFF'S SECOND RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER; EMERGENCY SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFF'S SECOND RENEWED EMERGENCY MOTION; AMENDED COMPLAINT; CIVIL COVER SHEET,  to Linda Yaccarino (aka Linda Madrazo, married to Claude P Madrazo) with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 55-65 years of age, 5'4" -5'6" tall and weighing 160-180 lbs.**



Tracking #: **0182972891**

