IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>LINDA YACCARINO,<br><br>*Defendant* | Case No. 3:25-cv-1863<br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>NY BAR #4932570<br>LWR Law Offices<br>3060 Williams Dr<br>Ste 300 #510<br>Fairfax, VA 22031<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**REQUEST FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE COURT:

Plaintiff respectfully requests that the Clerk enter the default of Defendant Linda Yaccarino pursuant to Federal Rule of Civil Procedure 55(a) based upon the following facts:

## I. SERVICE OF PROCESS

On July 16, 2025, Plaintiff filed this action against Defendant Linda Yaccarino.

On August 14, 2025, Defendant Linda Yaccarino was personally served with the Summons and Complaint at 27 The Preserve, Woodbury, NY 11797, by a licensed process server who confirmed Defendant's identity.

A copy of the Affidavit of Service is attached hereto as Exhibit A and incorporated herein by reference.

## II. FAILURE TO PLEAD OR OTHERWISE DEFEND

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's response was due twenty-one (21) days after service, which was September 4, 2025.

As of the date of this Request, eight (8) days have elapsed since Defendant's response was due.

Defendant Linda Yaccarino has not filed any answer, motion to dismiss, or other responsive pleading to Plaintiff's Complaint.

Defendant Linda Yaccarino has not appeared in this action in any capacity.

No extension of time to respond has been granted by this Court or agreed to by the parties.

## III. DEFENDANT'S STATUS

Upon information and belief, Defendant Linda Yaccarino is not a minor or an incompetent person.

Upon information and belief, Defendant Linda Yaccarino is not in military service and is not entitled to the benefits of the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 et seq.

Defendant Linda Yaccarino is a sophisticated business executive who served as CEO of X Corp until July 9, 2025, and currently serves as CEO of eMed, demonstrating her capacity and access to legal counsel.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter the default of Defendant Linda Yaccarino pursuant to Federal Rule of Civil Procedure 55(a).

**Respectfully submitted,**

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
*Tel.:* (202) 981-2059
lwr@lwrlawoffices.com
VA BAR # 96671
NY BAR #4932570
*Counsel for Plaintiff*

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Request was served upon all parties of record by the method indicated below:

☐ U.S. Mail, postage prepaid

☐ Hand delivery

☐ Facsimile transmission

☐ Electronic filing/service

x **No service required - Defendant never appeared**

**DATED:** September 12, 2025

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards